THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE JOHNSON, JR., Defendant-Appellant.

(Nos. 60508-9 cons;

First District (2nd Division)—January 14, 1975.

PER CURIAM.

William L. Parks, of Evanston, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Ricky L. Petrone, Assistant State's Attorneys, of counsel), for the People.